1  JEFFER MANGELS BUTLER & MITCHELL LLP
   MATTHEW S. KENEFICK (Bar No. 227298)
2  *mkenefick@jmbm.com*
   ARIELLE E. BROWN (Bar No. 315479)
3  *abrown@jmbm.com*
   Two Embarcadero Center, 5th Floor
4  San Francisco, California 94111-3813
   Telephone:  (415) 398-8080
5  Facsimile:  (415) 398-5584

6  Attorneys for SMASHBOX BEAUTY
   COSMETICS, INC.
7

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| AMBER M. ORTIZ, | Case No. 2:22-cv-2303 |
| Plaintiff, | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)** |
| v. | Los Angeles County Superior Court Case Number 21STLC08239 |
| SMASHBOX BEAUTY COSMETICS, INC. and DOES 1-50, | |
| Defendants. | Action Filed:  November 16, 2021<br>Trial Date:  May 16, 2023 |

70080574v2

NOTICE OF REMOVAL OF ACTION

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that Defendant SMASHBOX BEAUTY COSMETICS, INC. ("**Defendant**") hereby removes to this Court the state court action described below.

**I.    FILING AND SERVICE OF THE COMPLAINT**

1.    On November 16, 2021, Plaintiff AMBER M. ORTIZ ("**Plaintiff**") filed a Complaint (the "**Complaint**") in the Superior Court of California for the County of Los Angeles, thereby commencing a lawsuit, entitled *Amber M. Ortiz vs. Smashbox Beauty Cosmetics, Inc.; and Does 1-50*, Case No. 21STLC08239 (the "**State Court Action**").

2.    Defendant was served with a copy of the Complaint on March 16, 2021.  Attached hereto as **Exhibit 1** are true and correct copies of all process, pleadings, and orders served upon Defendant in the State Court Action.  Defendant has not yet responded to the Complaint.  There are no other named defendants.

**II.    REMOVAL IS PROPER BECAUSE THIS COURT HAS FEDERAL QUESTION JURISDICTION**

3.    Defendant is entitled to remove the State Court Action to this Court because it is a civil action brought in a state court which is being removed to the District Court for the District where the action is pending, and over which this Court has original jurisdiction because the State Court Action asserts a claim arising under the laws of the United States.  *See* 28 U.S.C. §§ 1331, 1441(a).  Specifically, the Complaint in the State Court Action asserts claims for alleged violations of the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq*.

**III.    THIS NOTICE OF REMOVAL IS TIMELY AND PROPERLY FILED**

4.    Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed within 30 days after receipt by Defendant, through service or otherwise, of a copy of the Complaint in the State Court Action, which was the paper from which it could

first be ascertained that the case is one which is or has become removable.

5. In compliance with 28 U.S.C. § 1446(d), Defendant will provide written notice of the filing of this Notice of Removal to all adverse parties and file a copy with the clerk of court in the State Court Action.

6. The undersigned counsel for Defendant has read the foregoing and signs the Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

## IV.  CONCLUSION

Defendant respectfully requests that this action be removed from the Superior Court of California for the County of Los Angeles to the United States District Court for the Central District of California.

DATED: April 6, 2022

JEFFER MANGELS BUTLER & MITCHELL LLP
MATTHEW S. KENEFICK
ARIELLE E. BROWN

By: _____
ARIELLE E. BROWN
Attorneys for SMASHBOX BEAUTY COSMETICS, INC.