AMBER M. ORTIZ
1507 Arlington Ave.
Los Angeles, CA 90019
Telephone: (213) 864-8801
Plaintiff, In Pro Per

JEFFER MANGELS BUTLER & MITCHELL LLP
MATTHEW S. KENEFICK (Bar No. 227298)
mkenefick@jmbm.com
ARIELLE E. BROWN (Bar No. 315479)
abrown@jmbm.com
Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3813
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for SMASHBOX BEAUTY COSMETICS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AMBER M. ORTIZ, | Case No. CV 22-2303-GW-PDx |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| SMASHBOX BEAUTY COSMETICS, INC. and DOES 1-50, | |
| Defendants. | |

Case No. 2:22-cv-02303-GW-PD

[Proposed] Order

Upon consideration of the Stipulation for Dismissal filed by the parties, it is hereby

ORDERED that the Stipulation for Dismissal is approved.

IT IS FURTHER ORDERED that the entire action, including all claims and allegations stated herein against all parties, is hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

DATED:  April 21, 2022

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE